UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Southfield Ventures, LLC,

                        Debtor.
_____/

Case No. 25-43322
Chapter 11
Judge Thomas J. Tucker

## ORDER DISMISSING CASE DUE TO THE DEBTOR'S FAILURE TO TIMELY FILE REQUIRED DOCUMENTS, WITH A TEMPORARY BAR TO REFILING

The Debtor in this case has failed to timely file numerous required documents, all of which were required to be filed no later than April 9, 2025, under Fed. R. Bankr. P. 1007 and 2016(b)(1), L.B.R. 1007-4(a) and 1007-4(b) (E.D. Mich.), and L.B.R. 1074-1 (E.D. Mich.), including the required documents listed below.  Further, a request for an extension of time has not been timely filed.

☐ Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Ch. 11
☐ Balance Sheet (Small Business Only)
☐ Bankruptcy Petition Preparers Notice, Declaration and Signature
☐ Cash Flow Statement (Small Business Only)
☒ Chapter 11 Statement of Your Monthly Income – Form 122B
☐ Credit Counseling Certificate
Credit Counseling Certificate – Joint Debtor
☐ Declaration About an Individual Debtor(s) Schedules
☐ Declaration Under Penalty of Perjury for Non-Individual Debtors
☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney

☒ List of Equity Security Holders
☐ Income Tax Returns
☐ Initial Statement About an Eviction Judgment Against You
☐ Schedule A/B
☐ Schedule C – Debtor
☐ Schedule C – Joint Debtor
☐ Schedule D
☐ Schedule E/F
☐ Schedule G
☐ Schedule H
☐ Schedule I
☐ Schedule J
☐ Schedule J-2
☒ Schedules A-J
☒ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P. 2016(b)
☒ Statement of Financial Affairs

☐Statement of Operation and File Petition (Business Only)
☒Statement Regarding Authority to Sign ☒Summary of Assets and Liabilities

Accordingly, IT IS ORDERED as follows:

1. Under L.B.R. 1007-1(a) and 11 U.S.C. § 105(a), this case is dismissed, effective immediately.

2. The Court retains jurisdiction to rule on the motion filed on April 15, 2025 by The City of Southfield, Michigan, entitled "Motion of City of Southfield, Michigan for Dismissal of Case with Prejudice and for Bar Against Future Filings and for *In Rem Relief*" (Docket # 22, the "Motion"), to the extent that Motion seeks relief in addition to the dismissal of this case.

3. Under 11 U.S.C. § 105(a), the Debtor is barred from filing any new bankruptcy case(s) in any bankruptcy court anywhere until the Motion has been either withdrawn or otherwise resolved by an order of this Court.

**Signed on April 17, 2025**



/s/ Thomas J. Tucker
**Thomas J. Tucker**
**United States Bankruptcy Judge**